UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AROR-ARK O'DIAH,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM DUANE BENTON, et al.,<br><br>    Defendants. | Case No. 19-cv-01854-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William Alsup for consideration of whether the case is related to *O'Diah v. Discover Bank*, Case No. 19-cv-816-WHA.

**IT IS SO ORDERED.**

Dated: April 23, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge